UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| UNITED STATES OF AMERICA, | 3:10-CR-30114-RAL |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION FOR CHANGE IN VENUE |
| CLAYTON PAUL HIGH PIPE, JR., | |
| Defendant. | |

Defendant Clayton Paul High Pipe, Jr., has filed a motion to change the venue of his case to Rapid City, South Dakota. Doc. 214. High Pipe, who is incarcerated at the Pennington County Jail on pending state charges, has very limited vision and is currently undergoing treatment for this at the Eye Institute in Rapid City. High Pipe has two upcoming eye surgeries in Rapid City and has been assigned a trustee at the jail who helps him with his day-to-day living arrangements. The petition to revoke in this case rests on events that allegedly occurred in Rapid City and the witnesses to these events reside there. The government does not oppose High Pipe's motion. District courts have broad discretion to determine where within a district a trial will be held. United States v. Stanko, 528 F.3d 581, 584 (8th Cir. 2008). A change of venue to Rapid City will promote the prompt administration of justice and will be convenient for High Pipe and the witnesses in this case. See Fed. R. Crim. P. 18. For good cause, it is hereby

ORDERED that Defendant's Motion for Change in Venue, Doc. 214, is granted.

DATED this 27th day of April, 2018.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE

1